**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MENDERIL COHEN** **PETITIONER**

**V.** **NO. 1:26-CV-62-DMB-JMV**

**THE ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI** **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the "Opinion and Order" entered this date, Menderil Cohen's petition for a writ of habeas corpus is dismissed without prejudice. A certificate of appealability is denied.

**SO ORDERED**, this 17th day of August, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**